UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.                          ) | Case No. 7:19-CR-00024 |
| ) | |
| JOVITO RAJNEESH VAUGHN,     ) | |
| ) | |
|    Defendant.          ) | |

### DEFENDANT JOVITO RAJNEESH VAUGHN'S
### MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANT(S)

Now comes Defendant Jovito Rajneesh Vaughn ("Vaughn"), pursuant to the Fifth and Sixth Amendments, and moves the Court to require the government to disclose promptly the identities and criminal histories of all confidential informants who allegedly participated in drug trafficking or transactions with Vaughn, including controlled purchases of drugs monitored by law enforcement agents. This motion rests upon the grounds that follow.

1.  Count One of the Superseding Indictment (Document 46) purports to charge Vaughn with conspiracy to distribute drugs in violation of 21 U.S.C. § 841, which does not criminalize conspiracy.

2.  In Counts Six, Seven, and Eight of the Superseding Indictment, Vaughn is charged duplicitously with both distributing measurable quantities of cocaine on three occasions in violation of 21 U.S.C. § 841(a)(1) and possessing that drug with distributive intent in violation of a separate clause in that section of the statute.

3.  Materials produced by prosecutors in the course of discovery suggest the government shall attempt to prove at trial that it conducted controlled purchases of cocaine from

1

Vaughn through one or more informants on the three dates identified in Counts Six, Seven, and Eight and perhaps on other occasions as well.

4.      The informant(s)' knowledge and criminal conduct are highly relevant to all the charges against Vaughn in the Superseding Indictment. The credibility of the informant(s) is in issue.

5.      The government has not disclosed the identity or criminal history of the confidential trial informant(s). Vaughn needs this information to conduct a thorough pre-trial investigation.

Wherefore, Defendant Jovito Rajneesh Vaughn respectfully requests that the Court enter an Order requiring the prosecution to disclose the identity and criminal history of each confidential informant it used or relied upon in connection with Counts Four, Six, Seven, and Eight of the Superseding Indictment.

JOVITO RAJNEESH VAUGHN


By:  s/Paul G. Beers
        Of Counsel

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8035
Facsimile (540) 224-8050
Email: pbeers@glennfeldmann.com

Counsel for Jovito Rajneesh Vaughn

<u>Certificate of Service</u>

I hereby certify that on May 1, 2020, I electronically filed the foregoing Defendant's Jovito Rajneesh Vaughn's Motion for Disclosure of Confidential Informant(s) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                              s/Paul G. Beers
                                                              Paul G. Beers