Commonwealth of Virginia

# DEPARTMENT OF FORENSIC SCIENCE

 COPY

**CERTIFICATE OF ANALYSIS**  Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

January 31, 2018

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

TO: J. A. CROWDER
DEPARTMENT OF STATE POLICE
2943 PETERS CREEK ROAD
SUITE A
ROANOKE, VA 24019

FS Lab # W17-7304

Your Case #: 17-15103

Victim(s): - - -

Suspect(s): JAMES, Kehana Renee

Evidence Submitted By: J. A. Crowder    Date Received: 07/07/2017
Sealed packaging containing
  Item 1    Ten glassine packets each containing off-white powder substance
  Item 2    Ten glassine packets each containing off-white powder substance
  Item 3    Ten glassine packets each containing off-white powder substance
  Item 4    Ten glassine packets each containing off-white powder substance
  Item 5    Multiple bundles of glassine packets each containing off-white powder substance

RESULTS:

  Item 1    Total weight: 2.319 grams of substance including innermost packaging. The contents of five were analyzed seperately and each was found to contain Heroin (Schedule I), Fentanyl (Schedule II) and Carfentanil (Schedule II). [Methods: CT, DART-TOF and GC-FID-MS]
  Item 2    Total weight: 2.319 grams of substance including innermost packaging. The contents of five were analyzed seperately and each was found to contain Heroin (Schedule I), Fentanyl (Schedule II) and Carfentanil (Schedule II). [Methods: CT, DART-TOF and GC-FID-MS]
  Item 3    Total weight: 2.345 grams of substance including innermost packaging. The contents of five were analyzed seperately and each was found to contain Heroin (Schedule I), Fentanyl (Schedule II) and Carfentanil (Schedule II). [Methods: CT, DART-TOF and GC-FID-MS]
  Item 4    Total weight: 2.436 grams of substance including innermost packaging. The contents of five were analyzed seperately and each was found to contain Heroin (Schedule I). [Methods: CT, DART-TOF and GC-FID-MS]
  Item 5    Not analyzed.

Methods: Color Tests (CT), Direct Analysis in Real Time Time-of-Flight Mass Spectrometry (DART-TOF) and Gas Chromatography-Flame Ionization Detection-Mass Spectrometry (GC-FID-MS)

Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. All methods can be found in the Controlled Substances Procedures Manual which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

Commonwealth of Virginia

## DEPARTMENT OF FORENSIC SCIENCE

COPY

### CERTIFICATE OF ANALYSIS

Department of State Police
FS Lab # W17-7304
Your Case # 17-15103
January 31, 2018

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Stephen Houck
Forensic Scientist

SH