UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 7:29-CR-00024 |
| | : |
| JOVITO RAJNEESH VAUGHN | : |

STATEMENT OF FACTS

The following statement of facts is incorporated by reference as part of the plea agreement in Case No. 7:19-CR-24 between the United States and the defendant, Jovito Rajneesh Vaughn. This statement of facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation. It is not protected by proffer agreement or any other agreement and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary, *provided the Court accepts the parties' Plea Agreement.* ~~pgb~~ *KM*

Jovito Vaughn hereby agrees and stipulates that the following information is true and accurate.

1. Between approximately January 2017 and September 2018, Jovito Vaughn knowingly and intentionally conspired with other individuals to possess with the intent to distribute and distribute mixtures or substances containing methamphetamine. In particular, Mr. Vaughn conspired with Stephen Cornell Vaughn and others to possess with the intent to distribute and to distribute at least

1

50 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2. As part of the conspiracy, Mr. Vaughn acquired methamphetamine from his cousin and supplier, Stephen Cornell Vaughn, on more than one occasion and then sold and redistributed this methamphetamine to others within the Western District of Virginia. In all, Mr. Vaughn, obtained at least 50 grams of methamphetamine from Stephen Cornell Vaughn through this arrangement.

Date: 05-20-21

Jovito Vaughn, Defendant

Date: 5/20-21

Paul Beers
Counsel for Defendant

Date: May 20, 2021

Kari Munro
Assistant United States Attorney

2