**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

**CRIMINAL MINUTES - GUILTY PLEA HEARING**

**Case No.:  7:19CR00024-005**          **Date:  5/20/2021**

**Defendant:  Jovito Rajneesh Vaughn, custody**          **Counsel:  Paul Beers, CJA**

| PRESENT: | JUDGE: | Michael F. Urbanski, CUSDJ | TIME IN COURT:  2:06-2:50  44m |
| --- | --- | --- | --- |
| | Deputy Clerk: | Kristin Ayersman | |
| | Court Reporter: | JoRita Meyer | |
| | U. S. Attorney: | Kari Munro, Matt Miller | |
| | USPO: | Brittney Warren | |
| | Case Agent: | none | |
| | Interpreter: | none | |

**PROCEEDINGS:** Parties present by ZoomGov.  Dft waives in person appearance and consents to video conference.  No objections.  Court find it in the interest of justice to go forward today, citing pandemic.

☐  Waiver of Indictment filed.
☐  Information filed.
☒  Rule 11 c1C Plea Agreement filed with court; SOF filed with court.
☐  Defendant advised of right to have U. S. District Judge accept plea.  Defendant waives this right, and executes
    Consent to Allow U. S. Magistrate Judge to accept plea
☐  Defendant re-arraigned as to Counts Enter counts to which pleading guilty
☒  Defendant placed under oath.  Court questions defendant regarding his/her physical and mental condition, and
    advises defendant of his/her rights, and the nature and possible consequences of plea.
☒  Court accepts plea of guilty and plea agreement.
☒  Guilty plea form executed and filed.
☒  Government summarizes evidence to support plea and rests.
☒  Court finds defendant guilty as charged in Counts 4, lesser included offense thereof
    OR
☐  U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will
    recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
| --- | --- | --- | --- | --- |
| 1 | lesser included of Ct 4 if superseding indictment | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

☒  Court orders Presentence Report.
☐  Copy of Presentence Report not requested.
☐  Defendant to remain on bond.
☒  Defendant remanded to custody.

☒       Sentencing hearing scheduled for TBD before Judge Urbanski.

<u>Additional Information:</u>
Dft states that he remains fully satisfied with his representation in this case.