CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Dorinda Wray, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by Carilion Clinic (business), and that my official title is HIM Site Supervisor. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Carilion Clinic (name of business from which documents are produced), and that I am the custodian of the attached records consisting of 45 pages.

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of Carilion Clinic (business); and

C. such records were made by Carilion Clinic (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

Date: 8/16/2019

Signature: Dorinda Wray

pt: [redacted] - DOB
5/23/17 - ER

**GOVERNMENT EXHIBIT 1**