IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:19-cr-00024 |
| | ) | |
| | ) | |
| V. | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD TESTIFICANDUM |
| NORA LATRIECE HARPER, ET AL. | ) | |

Comes now, Kari K. Munro, Assistant United States Attorney for the Western District of Virginia, and informs the Court that one **ASHLEY NICOLE BRYANT**, is incarcerated in the **Western Virginia Regional Jail**, and that **ASHLEY NICOLE BRYANT** is a necessary witness before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, scheduled for trial at 9:30 am on June 2-10, 2021.

WHEREFORE, your petitioner prays an Order of this Court directing the Honorable Thomas L. Foster, United States Marshal, Roanoke, Virginia, to produce the body of the said **ASHLEY NICOLE BRYANT** that she may appear and testify before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on June 2-10, 2021, at 9:30 am.

Dated: May 20, 2021            *s/Kari K. Munro*
                               Assistant United States Attorney
*********************************************************************

TO: Warden, Western Virginia Regional Jail, 5885 West River Road, Salem, VA 24153, Telephone: (540) 378-3700

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (540) 857-2250.**

GREETINGS:

WE COMMAND YOU that you surrender the body of **ASHLEY NICOLE BRYANT**, detained in the **Western Virginia Regional Jail**, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, to the end that her body will be before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on June 2-10, 2021, at 9:30 am, or at such other time or times as the District Court may direct.

ENTER: This 21st day of May, 2021.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

Page 1 of 2

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the **Western Virginia Regional Jail**, and remove therefrom the body of **ASHLEY NICOLE BRYANT** and produce her under safe and secure conduct before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on June 2-10, 2021, at 9:30 am, or at such other time or times as the District Court may direct; and upon completion of her testimony, return the said **ASHLEY NICOLE BRYANT** to the **Western Virginia Regional Jail.**

          JULIA C. DUDLEY
          CLERK OF COURT

BY: _____
      Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of _____, _____.

BY: _____
     United States Marshal/Deputy or any
     Law Enforcement Officer

RETURNED:

EXECUTED this _____ day of _____, _____.

BY: _____
     United States Marshal/Deputy or any
     Law Enforcement Officer

SENTENCED STATE PRISONER:   Yes: _____   No: _____